[No. 37277-1-II.  Division Two.  September 1, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. CORRINA A. LYNCH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00312-9, F. Mark McCauley, J., entered January 22, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 37755-1-II.  Division Two.  September 1, 2009.]

JAMES SCOTT JOHNSON, *Respondent,* v. GARY L. OLDFORD ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 06-2-00332-1, Craddock D. Verser, J., entered May 16, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[Nos. 26291-0-III; 26679-6-III.  Division Three.  September 1, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCISCO HINOJOSA SANCHEZ, *Appellant.*

Upon reconsideration of the decision noted at 146 Wn. App. 1034 (2008) following the Supreme Court's grant of review and remand at 165 Wn.2d 1032 (2009), the court by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J., *reaffirms* its decision.